

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

FILED          RECEIVED
ENTERED        SERVED ON

2015 JAN 22  P 3: 21

COURT
DISTRICT OF NEVADA

DEPUTY

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RUDY RAYMOND RIVERA,
ROBERT RODRIQUEZ,
CARLOS VELASQUEZ, and
JOSEPH RAMIREZ,

Defendants.

**2:14-377-LDG-CWH**

<u>MOTION TO UNSEAL CRIMINAL
INDICTMENT AND PROCEEDINGS</u>

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United

States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves

this Court to unseal both the Criminal Indictment, as well as the entire case and proceedings in the

instant matter.  The Indictment was sealed due to the fact that the Defendants had not been

apprehended.  Defendant Carlos Velasquez has since been arrested and made his initial appearance

in the Eastern District of California.  The Eastern District requested that the case be unsealed and

that a signed Order to unseal be sent to their district by 10:00 a.m., on January 23, 2105, because

//

//

//

//

1

1   Defendant Velasquez will have his detention and identity hearing at 10:30 a.m.  As such, the

2   Government requests that the case be unsealed.

3          DATED this 23rd day of January, 2015.

4                                            Respectfully Submitted,

5                                            DANIEL G. BOGDEN
                                             United States Attorney
6

7                                            AMBER M. CRAIG
                                             Assistant United States Attorney
8

9                          **ORDER**

10  It is **HEREBY ORDERED** that the Motion to Unseal Criminal Indictment and Proceedings
    (doc. # 6) is **granted**.
11

12  DATED: February 2, 2015

13                                           United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24