UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00377-LDG-CWH |
| Plaintiff, | |
| v. | |
| RUDY RAYMOND RIVERA, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendant Rudy Raymond Rivera's motion to dismiss with prejudice (ECF No. 64), filed on December 21, 2016. The government filed its response (ECF No. 69) on January 25, 2017, noting its lack of opposition to the motion.

Also before the Court is the government's motion to dismiss the criminal indictment (ECF No. 70) against Defendant Joseph Ramirez, filed on January 31, 2017. Defendant has not filed a response. As the motions are unopposed, the Court will grant both.

IT IS THEREFORE ORDERED that Defendant Rudy Raymond Rivera's motion to dismiss with prejudice (ECF No. 64) is GRANTED.

IT IS FURTHER ORDERED that the government's motion to dismiss the criminal indictment (ECF No. 70) against Defendant Joseph Ramirez is GRANTED.

DATED: February 1, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge